UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| CLIFFORD THORNTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:19-CV-00047-LEW |
| | ) | |
| RANDALL LIBERTY, | ) | |
| | ) | |
| Respondent | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The matter is before the Court on Petitioner's Objection (ECF No. 7) to the United States Magistrate Judge's Recommended Decision on 28 U.S.C. § 2254 Petition (ECF No. 6).

I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED.

The motion for habeas relief under 28 U.S.C. § 2254 is DENIED and DISMISSED without an evidentiary hearing.

It is further ORDERED that no certificate of appealability will issue from this Court because the Petitioner has not made a substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2).

**SO ORDERED.**

Dated this 31st day of October, 2019.

                                              **/S/ LANCE E. WALKER**
                                              **UNITED STATES DISTRICT JUDGE**